19 A.3d 477

IN THE MATTER OF MICHAEL R. GIDRO, AN ATTORNEY AT LAW (ATTORNEY NO. 011431987).

June 6, 2011.

## ORDER

This matter having been presented to the Court on the motion for reinstatement to practice filed by **MICHAEL R. GIDRO** of **TEANECK,** who was admitted to the bar of this State in 1987, and who was temporarily suspended from the practice of law pursuant to *Rule* 1:20–15(k), effective March 31, 2011, and good cause appearing;

It is ORDERED that the motion is granted and **MICHAEL R. GIDRO** is reinstated to the practice of law, effective immediately.